UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE MARK A. BARNETT, CLAIRE R. KELLY, JENNIFER CHOE-GROVES, PRESIDING

|   |   |
|---|---|
| MLX ELECTRONIC HOLINGS, LP ET AL<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court No. 20-01504 |

## NOTICE OF WITHDRAWAL OF ATTORNEY LUCAS QUEIROZ PIRES

PLEASE TAKE NOTICE that Lucas A. Queiroz Pires should be removed as attorney in the above referenced case. Mr. Queiroz Pires will soon resign from Alston & Bird LLP and will no longer participate in this matter. Plaintiffs, MLX Electronics Holdings, LP, Molex CVS Grand Blanc, LLC, Molex, LLC, and Phillips-Medisize, LLC, will continue to be represented by Kenneth Weigel and Chunlian Yang of Alston & Bird LLP.

                                              Respectfully Submitted,

                                              */s/ Lucas A. Queiroz Pires*
                                              Lucas A. Queiroz Pires
                                              ALSTON & BIRD LLP
                                              950 F St N.W.
                                              Washington D.C. 20004
                                              (202) 239-3490
                                              Lucas.queirozpires@alston.com

Dated: December 26, 2023